

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TODD MITCHELL, | § | |
| | | No. 08-13-00241-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | Criminal District Court No. 3 |
| THE STATE OF TEXAS, | § | |
| | | of Tarrant County, Texas |
| Appellee | § | |
| | | (TC# 1283395D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment and render judgment dismissing the indictment against Appellant, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.